# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# MISC. No: 3:16-MC-1

IN RE:   *Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015)

## STANDING ORDER

Pursuant to the provisions of the Criminal Justice Act, Title 18, U.S.C. § 3006A(a)(1) and (c), and the discretion of the Court, the Office of the Federal Public Defender for the Western District of North Carolina is hereby appointed to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for federal habeas relief under either 28 U.S.C. 2255 or 28 U.S.C. § 2241 in light of *Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015).

The U.S. Probation Office for the Western District of North Carolina and the United States District Court Clerk's Office for the Western District of North Carolina are authorized to disclose Presentence Investigation Reports, Statements of Reasons, and Judgments to the Federal Public Defender's Office for the purpose of determining eligibility for relief under *Johnson*.

IT IS SO ORDERED on behalf of the Court this 5th day of January, 2016.

Frank D. Whitney, Chief Judge
United States District Court